United States District Court

Southern District of New York

-----------------------------------------------------x
Elvis Nolasco,

        Plaintiff,

  -against-

City of New York, Police Officer Wilfredo
E. Rivera and Police Officers "John Doe"
#1-5 (said names being fictitious, as the
true names are presently unknown),
Individually and in the Official Capacities,

        Defendants.
-----------------------------------------------------x

Judge R.S.W.

ECF

CASE NO. 07-cv-3937

NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for Plaintiff, ELVIS NOLASCO.

    I certify that I am admitted to practiced in this Court.


DATED:    NEW YORK, NEW YORK
              MAY 21, 2007

                                      /S/ Arnold J. Levine
                                      Arnold J. Levine (AL6819)
                                      233 Broadway, Suite 901
                                      New York, NY 10279
                                      Tel: (212) 732-5800
                                      Fax: (212) 608-3280