---

ELVIS NOLASCO

                         Plaintiff(s)

            - against -

CITY OF NEW YORK, ETAL

                         Defendant(s)

Index # 07 CV 3937 (SWEET)

Purchased May 21, 2007

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

ANDERSON CHAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on May 22, 2007 at 02:11 PM at

NEW YORK CITY COPORATION COUNSEL
100 CHURCH STREET
4TH FLOOR
NEW YORK, NY10007

deponent served the within SUMMONS AND COMPLAINT on CITY OF NEW YORK therein named,

**CORPORATION**  a DOMESTIC corporation by delivering thereat a true copy of each to PHILIP CLARK, LEGAL CLERK personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | GRAY | 55 | 5'7 | 140 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: May 22, 2007

| JOEL GRABER | MICHAEL SMITH | JONATHAN GRABER | **ANDERSON CHAN** |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1220482 |
| No. 02GR4699723 | No. 01SM4997428 | No. 01GR6156780 | Invoice #: 441038 |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | |
| Comm. Expires February 10, 2010 | Comm. Expires June 8, 2010 | Comm. Expires December 4, 2010 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY  10007 - (212) 619-0728