UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Plaintiff, Nolasco,

-v-

Defendant.

City of NY, et al
------------------------------------------------------------x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 cv. 3937 (HBP) (RWS)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_ Specific Non-Dispositive Motion/Dispute:*

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

X  Settlement*

\_  Inquest After Default/Damages Hearing

\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)
\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____
\_\_ Habeas Corpus
\_\_ Social Security
\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____

_____

All such motions: \_\_\_\_\_

* Do not check if already referred for general pretrial.
    Dated _____

SO ORDERED:

[signature]

United States District Judge

7·23-08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/24/08